UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LARRY WAYNE JOHNSON,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>DURANT & LANCASTER, LLC,<br><br>    Garnishee. | NO. 2:16-CV-01153-RSM<br><br>(2:02-CR-0007-1)<br><br>Order Terminating Garnishment Proceeding |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS ORDERED that the garnishment is terminated and that Durant & Lancaster, LLC is relieved of further responsibility pursuant to this garnishment.

DATED this 20th day of June 2018.

                                                                RICARDO S. MARTINEZ
                                                               CHIEF UNITED STATES DISTRICT JUDGE

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Larry Wayne Johnson and Durant & Lancaster, LLC,* USDC#: 2:16-CV-01153-RSM/2:02-CR-0007-1) - 1

**UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970**

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Larry Wayne Johnson and Durant & Lancaster, LLC,* USDC#: 2:16-CV-01153-RSM/2:02-CR-0007-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970